# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARK MULLETT, et al., | CASE NO. 1:19-cv-1002 |
| PLAINTIFFS, | JUDGE SARA LIOI |
| vs. | |
| | ORDER OF DISMISSAL |
| ASHTABULA COUNTY BOARD OF COMMISSIONERS, et al., | |
| DEFENDANTS. | |

For the reasons set forth in the contemporaneously filed memorandum opinion and order, the claims in plaintiffs' second amended complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: February 25, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**